THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE R. REILLY, Appellant.

Argued January 9, 1939; decided February 21, 1939.

*Samuel M. Fleischman* for appellant.

*Frank G. Raichle, Special Assistant District Attorney* (*James O. Moore, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.